UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BOONE, SABRINA DIANE | § | Case No. 11-82542 |
| | § | |
| Debtor(s) | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on     .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

       Funds were disbursed in the following amounts:

       Payments made under an interim disbursement
       Administrative expenses
       Bank service fees
       Other payments to creditors
       Non-estate funds paid to 3rd Parties
       Exemptions paid to the debtor
       Other payments to the debtor

       Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $\_\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_\_, for a total compensation of $\_\_\_\_\_[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_\_[2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/DANIEL M. DONAHUE_____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

Case No:  11-82542   MLB   Judge: MANUEL BARBOSA
Case Name:  BOONE, SABRINA DIANE

For Period Ending: 12/02/11

Trustee Name:  DANIEL M. DONAHUE
Date Filed (f) or Converted (c):  06/02/11 (f)
341(a) Meeting Date:  07/11/11
Claims Bar Date:  11/09/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence 2661 Haydn Street Woodstock, IL 60098 | 199,900.00 | 0.00 | DA | 0.00 | FA |
| 2. Cash on hand | 33.00 | 33.00 | DA | 0.00 | FA |
| 3. Checking Account #12018-00-8 McHenry Co. Federal C | 111.13 | 0.00 | DA | 0.00 | FA |
| 4. Savings Account McHenry Co. Federal Credit Union 3 | 25.00 | 0.00 | DA | 0.00 | FA |
| 5. Misc HHG, no item over $400 Debtor's Residence | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6. Misc HHG, no item over $400 Debtor's Residence | 150.00 | 0.00 | DA | 0.00 | FA |
| 7. Misc HHG, no item over $400 Debtor's Residence | 50.00 | 0.00 | | 0.00 | FA |
| 8. Pension Plan Illinois Municipal Retirement Fund 22 | 15,337.01 | 0.00 | DA | 0.00 | FA |
| 9. 2005 Toyota 4-Runner Debtor's Residence | 12,000.00 | 5,000.00 | | 5,000.00 | FA |
| 10. Misc HHG, no item over $400 Debtor's Residence | 50.00 | 0.00 | DA | 0.00 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | N/A | DA | 0.14 | 0.00 |

TOTALS (Excluding Unknown Values)   $228,656.14   $5,033.00   $5,000.14   Gross Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing remains to be done.

Initial Projected Date of Final Report (TFR):  / /     Current Projected Date of Final Report (TFR):  / /

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                  Ver: 16.04e

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 11-82542 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | BOONE, SABRINA DIANE | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******3888  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0434 | | |
| For Period Ending: | 12/02/11 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/11 | 9 | SABRINA DIANE BOONE PO BOX 872 WOODSTOCK, IL 60098-0872 | INTEREST IN MOTOR VEHICLE | 1129-000 | 5,000.00 | | 5,000.00 |
| 08/31/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 5,000.02 |
| 09/30/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,000.06 |
| 10/31/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,000.10 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.37 | 4,993.73 |
| 11/30/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,993.77 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.16 | 4,987.61 |
| 12/02/11 | | Transfer to Acct #*******3972 | Final Posting Transfer | 9999-000 | | 4,987.61 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,000.14 | 5,000.14 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 4,987.61 | |
| Subtotal | 5,000.14 | 12.53 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,000.14 | 12.53 | |

Page Subtotals    5,000.14    5,000.14

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

LFORM24

Ver: 16.04e

Case 11-82542   Doc 22   Filed 12/09/11   Entered 12/09/11 14:37:16   Desc Main
Document      Page 5 of 9

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 11-82542 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | BOONE, SABRINA DIANE | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******3972  GENERAL CHECKING |
| Taxpayer ID No: | *******0434 | | |
| For Period Ending: | 12/02/11 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/02/11 | | Transfer from Acct #*******3888 | Transfer In From MMA Account | 9999-000 | 4,987.61 | | 4,987.61 |

```
                                    COLUMN TOTALS                4,987.61         0.00          4,987.61
                              Less:  Bank Transfers/CD's         4,987.61         0.00
                                    Subtotal                         0.00         0.00
                              Less:  Payments to Debtors                           0.00
                                    Net                              0.00         0.00
```

|  |  |  |  |
|---|---|---|---|
| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - *******3888 | 5,000.14 | 12.53 | 0.00 |
| GENERAL CHECKING - *******3972 | 0.00 | 0.00 | 4,987.61 |
| | ------------------ | ------------------ | ------------------ |
| | 5,000.14 | 12.53 | 4,987.61 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          4,987.61          0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*
LFORM24
Ver: 16.04e

Page 1

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: December 02, 2011

Case Number: 11-82542
Debtor Name: BOONE, SABRINA DIANE

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3120-00 | MCGREEVY WILLIAMS | Administrative | | $5.42 | $0.00 | $5.42 |
| 000001 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $1,469.88 | $0.00 | $1,469.88 |
| 000002 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $10,190.28 | $0.00 | $10,190.28 |
| 000003 070 7100-00 | CANDICA, LLC C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | Unsecured | | $8,663.41 | $0.00 | $8,663.41 |
| | Case Totals: | | | $20,328.99 | $0.00 | $20,328.99 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-82542
Case Name: BOONE, SABRINA DIANE
Trustee Name: DANIEL M. DONAHUE

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ | $ | $ |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A. | $ | $ | $ |
| 000002 | Chase Bank USA, N.A. | $ | $ | $ |
| 000003 | CANDICA, LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors      $_____

Remaining Balance      $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE