UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re:                                    §
                                          §
BOONE, SABRINA DIANE                      §       Case No. 11-82542
                                          §
          Debtor(s)                       §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:00 PM on 01/04/2012 in Courtroom 115,

                  United States Courthouse
                  211 S. Court St.
                  Rockford, IL  61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: /s/ Daniel M. Donahue_____
                                                                     Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
 §
BOONE, SABRINA DIANE § Case No. 11-82542
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,000.14 |
| and approved disbursements of | $ | 12.53 |
| leaving a balance on hand of[1] | $ | 4,987.61 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 1,250.01 | $ 0.00 | $ 1,250.01 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 5.42 | $ 0.00 | $ 5.42 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,255.43 |
| Remaining Balance | | $ | 3,732.18 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 20,323.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A. | $ 1,469.88 | $ 0.00 | $ 269.93 |
| 000002 | Chase Bank USA, N.A. | $ 10,190.28 | $ 0.00 | $ 1,871.32 |
| 000003 | CANDICA, LLC | $ 8,663.41 | $ 0.00 | $ 1,590.93 |

Total to be paid to timely general unsecured creditors $ 3,732.18

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

Case 11-82542    Doc 27    Filed 12/12/11    Entered 12/14/11 23:51:30    Desc Imaged
                Certificate of Notice    Page 4 of 6

NONE

Prepared By: /s/Daniel M. Donahue
                              Trustee


*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Sabrina Diane Boone  
    Debtor

Case No. 11-82542-MB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-3      User: cbachman      Page 1 of 2      Date Rcvd: Dec 12, 2011
                                Form ID: pdf006    Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2011.

```
db              +Sabrina Diane Boone,    P.O. Box 872,    Woodstock, IL 60098-0872
17770521        +CANDICA, LLC,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                  SEATTLE, WA 98121-3132
17721251         Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17363608         Chase Card Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
17363610         Citi Mortgage,    PO Box 9438,    Gaithersburg, MD 20898-9438
17363611         GMAC,    PO BOX 4622,    Waterloo, IA 50704-4622
17363612         Juniper Card Services,    P.O. Box 8801,    Wilmington, DE 19899-8801
17363613        +The Senatas Homeowners Assn.,    c/o Owners Assoc. Management,    P.O. Box 5347,
                  Oak Brook, IL 60522-5347
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
17363609*        Chase Card Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
```
                                                                                                     TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 14, 2011**                                **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-3          User: cbachman              Page 2 of 2                  Date Rcvd: Dec 12, 2011
                              Form ID: pdf006             Total Noticed: 8
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 9, 2011 at the address(es) listed below:

```
              Daniel   Donahue    ddonahue@mjwpc.com,  ddonahue@ecf.epiqsystems.com
              Daniel M Donahue    on behalf of Trustee Daniel Donahue ddonahue@mjwpc.com
              Gloria C  Tsotsos    on behalf of Creditor  CITIMORTGAGE, INC. nd-three@il.cslegal.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Scott A Bentley    on behalf of Debtor Sabrina Boone scottbentleylaw@gmail.com
                                                                                              TOTAL: 5
```