UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                §
                                      §
BOONE, SABRINA DIANE                  §    Case No. 11-82542
                                      §
           Debtor(s)                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

　　　　DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

　　　　3) Total gross receipts of $　　　　 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $　　　 (see **Exhibit 2**), yielded net receipts of $　　　　 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on            . The case was pending for   months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/DANIEL M. DONAHUE_____
                                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Card Services P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Chase Card Services P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Juniper Card Services P.O. Box 8801 Wilmington, DE 19899-8801 | | | | | |
| | The Senatas Homeowners Assn. c/o Owners Assoc. Management P.O. Box 5347 | | | | | |
| 000003 | CANDICA, LLC | | | | | |
| 000001 | CHASE BANK USA, N.A. | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ | $ | $ | $ |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-82542 MLB Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | BOONE, SABRINA DIANE | Date Filed (f) or Converted (c): | 06/02/11 (f) |
| | | 341(a) Meeting Date: | 07/11/11 |
| For Period Ending: 02/14/12 | | Claims Bar Date: | 11/09/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence 2661 Haydn Street Woodstock, IL 60098 | 199,900.00 | 0.00 | DA | 0.00 | FA |
| 2. Cash on hand | 33.00 | 33.00 | DA | 0.00 | FA |
| 3. Checking Account #12018-00-8 McHenry Co. Federal C | 111.13 | 0.00 | DA | 0.00 | FA |
| 4. Savings Account McHenry Co. Federal Credit Union 3 | 25.00 | 0.00 | DA | 0.00 | FA |
| 5. Misc HHG, no item over $400 Debtor's Residence | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6. Misc HHG, no item over $400 Debtor's Residence | 150.00 | 0.00 | DA | 0.00 | FA |
| 7. Misc HHG, no item over $400 Debtor's Residence | 50.00 | 0.00 | | 0.00 | FA |
| 8. Pension Plan Illinois Municipal Retirement Fund 22 | 15,337.01 | 0.00 | DA | 0.00 | FA |
| 9. 2005 Toyota 4-Runner Debtor's Residence | 12,000.00 | 5,000.00 | | 5,000.00 | FA |
| 10. Misc HHG, no item over $400 Debtor's Residence | 50.00 | 0.00 | DA | 0.00 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | 0.14 | DA | 0.14 | FA |

|  |  |  |  |  |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $228,656.14 | $5,033.14 | $5,000.14 | Gross Value of Remaining Assets $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing remains to be done.

Initial Projected Date of Final Report (TFR):   / /        Current Projected Date of Final Report (TFR):   / /

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 11-82542 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | BOONE, SABRINA DIANE | Bank Name: | Bank of America, NA |
|  |  | Account Number / CD #: | *******3888  MONEY MARKET |
| Taxpayer ID No: | *******0434 |  |  |
| For Period Ending: | 02/14/12 | Blanket Bond (per case limit): | $ 1,500,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 08/09/11 | 9 | SABRINA DIANE BOONE PO BOX 872 WOODSTOCK, IL 60098-0872 | INTEREST IN MOTOR VEHICLE | 1129-000 | 5,000.00 |  | 5,000.00 |
| 08/31/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 |  | 5,000.02 |
| 09/30/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 |  | 5,000.06 |
| 10/31/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 |  | 5,000.10 |
| 10/31/11 |  | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 |  | 6.37 | 4,993.73 |
| 11/30/11 | 11 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 |  | 4,993.77 |
| 11/30/11 |  | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 |  | 6.16 | 4,987.61 |
| 12/02/11 |  | Transfer to Acct #*******3972 | Final Posting Transfer | 9999-000 |  | 4,987.61 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,000.14 | 5,000.14 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 4,987.61 |  |
| Subtotal | 5,000.14 | 12.53 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| Net | 5,000.14 | 12.53 |  |

Page Subtotals   5,000.14   5,000.14

Ver: 16.05c

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-82542 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | BOONE, SABRINA DIANE | Bank Name: | Bank of America, NA |
| | | Account Number / CD #: | *******3972 GENERAL CHECKING |
| Taxpayer ID No: | *******0434 | | |
| For Period Ending: | 02/14/12 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/02/11 | | Transfer from Acct #*******3888 | Transfer In From MMA Account | 9999-000 | 4,987.61 | | 4,987.61 |
| 01/05/12 | 000100 | DANIEL M. DONAHUE, TRUSTEE P.O. BOX 2903 ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 1,250.01 | 3,737.60 |
| 01/05/12 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 5.42 | 3,732.18 |
| 01/05/12 | 000102 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000001, Payment 18.4% | 7100-000 | | 269.93 | 3,462.25 |
| 01/05/12 | 000103 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000002, Payment 18.4% | 7100-000 | | 1,871.32 | 1,590.93 |
| 01/05/12 | 000104 | CANDICA, LLC C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | Claim 000003, Payment 18.4% | 7100-000 | | 1,590.93 | 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 4,987.61 | 4,987.61 | 0.00 |
| Less: Bank Transfers/CD's | 4,987.61 | 0.00 | |
| Subtotal | 0.00 | 4,987.61 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 4,987.61 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - *******3888 | 5,000.14 | 12.53 | 0.00 |
| GENERAL CHECKING - *******3972 | 0.00 | 4,987.61 | 0.00 |
| | 5,000.14 | 5,000.14 | 0.00 |
| | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals     4,987.61     4,987.61

Ver: 16.05c

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit 9

| Case No: | 11-82542 -MLB | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- |
| Case Name: | BOONE, SABRINA DIANE | Bank Name: | Bank of America, NA |
| | | Account Number / CD #: | *******3972 GENERAL CHECKING |
| Taxpayer ID No: | *******0434 | | |
| For Period Ending: | 02/14/12 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | MONEY MARKET - ********3888 | | Transfers) | To Debtors) | On Hand |
| | | | GENERAL CHECKING - ********3972 | | | | |

Page Subtotals   0.00   0.00

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*